UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL NAGY, | No. 2:11-cv-2948 WBS DAD P |
| Petitioner, | |
| v. | ORDER |
| D. DAVEY, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2015, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 29, 2015, are adopted in full;

2. Petitioner's motion to re-instate the stay of this action construed as a renewed motion for a stay and abeyance (Doc. No. 31) is denied; and

3. Petitioner shall file a traverse, if any, in support of his exhausted claims within thirty days of the date of service of this order.

Dated:  September 1, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/nagy2948.804hc

2